■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEVILLE ALLEN, Appellant. [600 NYS2d 665] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for review his contention that the court erred in receiving testimony concerning the weights of cocaine sold in typical street sales and we decline to exercise our power to review that issue in the interest of justice. (Appeal from Judgment of Monroe County Court, Egan, J.—Criminal Possession Controlled Substance, 4th Degree.) Present—Callahan, J. P., Green, Lawton, Doerr and Boomer, JJ.